Albert P. Barker, ISB #2867
BARKER ROSHOLT & SIMPSON LLP
1010 W. Jefferson Street, Suite 102
P. O. Box 2139
Boise, ID 83701-2139
Telephone: (208) 336-0700
Facsimile: (208) 344-6034

Mark Filip
John F. Hartmann, P.C.
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH S. VITA 2001 REVOCABLE TRUST, et al., | ) ) Case No. 2:12-CV-67 (ELJ-REB) |
| Plaintiffs, | ) ) |
| v. | ) **HECLA MINING COMPANY'S** ) **CORPORATE DISCLOSURE** ) **STATEMENT** |
| HECLA MINING CO., et al., | ) ) |
| Defendants. | ) ) |

Hecla Mining Company certifies, pursuant to FRCP 7.1(a), that it has no parent corporation and no publicly held corporation owns 10% or more of its stock, and no corporation is required to be disclosed under this rule.

DATED this 6th day of March, 2012.

**BARKER ROSHOLT & SIMPSON LLP**

/s/ Albert P. Barker
Albert P. Barker
*Attorneys for Defendants Hecla Mining Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Thomas G. Walker<br>COSHO HUMPHREY LLP | Marc I. Gross<br>Jeremy A. Lieberman<br>POMERANTZ HAUDEK GROSSMAN & GROSS, LLP |

/s/ Albert P. Barker
Albert P. Barker
