Albert P. Barker, ISB #2867
BARKER ROSHOLT & SIMPSON LLP
1010 W. Jefferson Street, Suite 102
P. O. Box 2139
Boise, ID 83701-2139
Telephone: (208) 336-0700
Facsimile: (208) 344-6034

Mark Filip
John F. Hartmann, P.C.
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN, )<br>)<br>)<br>Plaintiff,  )<br>v.            )<br>)<br>HECLA MINING CO., et al.,  )<br>)<br>Defendants.  )<br>) | Case No. Case No. 2:12-CV-42 (BLW)<br><br>**HECLA MINING COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

Hecla Mining Company certifies, pursuant to FRCP 7.1(a), that it has no parent corporation and no publicly held corporation owns 10% or more of its stock, and no corporation is required to be disclosed under this rule.

HECLA MINING COMPANY'S CORPORATE DISCLOSURE STATEMENT                                        1

DATED this 6th day of March, 2012.

                                **BARKER ROSHOLT & SIMPSON LLP**

                                  /s/ Albert P. Barker
                                Albert P. Barker
                                *Attorneys for Defendants Hecla Mining Co.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Philip Gordon | Darren J. Robbins |
| Bruce S. Bistline | David C. Walton |
| GORDON LAW OFFICES | Catherine J. Kowalewski |
| | ROBBINS, GELLER, RUDMAN & DOWD LLP |

                                /s/ Albert P. Barker
                                Albert P. Barker