UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLA, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>HECLA MINING CO., *et al.*, <br><br>　　　　Defendants. | Case No. 2:12-cv-00042-BLW <br><br> **ORDER** |

　　　The Court has before it the parties' Stipulation to Extend the Time Within Which Defendants Must Response to the Complaint (Dkt. 4). Good cause appearing, the Court will grant the motion.

## ORDER

**IT IS ORDERED:**

1.　　The parties' Stipulation to Extend the Time Within Which Defendants Must Response to the Complaint (Dkt. 4) is **GRANTED**. Defendants' deadline for responding to the Complaint is stayed. The parties shall file with the Court within 15 days of appointment of a lead plaintiff and lead counsel a schedule for the filing of an amended complaint, if any, and the defendants' response to the complaint. If lead counsel is not appointed within 30 days of

the date of this Order, the parties shall file a status update with the Court.

DATED:  **March 7, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**