Jay J. Kiiha, WSBA # 43830, ISB # 6763
Daniel Nevala, ISB # 6443
CAPITOL LAW GROUP PLLC
PO Box 2598
205 N. 10th Street
Boise, Idaho 83702
Telephone: (208) 424-8872
Facsimile: (208) 424-8874
jkiiha@capitollawgroup.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Additional Counsel Listed on Signature Page*
*Attorneys for Movant*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN, *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>vs.<br><br>HECLA MINING COMPANY, PHILLIPS S. BAKER, JR. and JAMES A. SABALA,<br><br>Defendants. | Civil Action No.: 12-cv-00042-BLW<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION BY BUDDY COX TO CONSOLIDATE RELATED CASES, TO APPOINT LEAD PLAINTIFF AND TO APPROVE THE SELECTION OF LEAD AND LIAISON COUNSEL |
| JOSEPH S. VITA 2001 REVOCABLE TRUST and JOSEPH S. VITA, IRA, *Individually and On Behalf of All Other Persons Similarly Situated*,<br><br>vs.<br><br>HECLA MINING COMPANY, PHILLIPS S. BAKER, JR. and JAMES A. SABALA,<br><br>Defendants. | Civil Action No.: 12-cv-00067-EJL |

PLEASE TAKE NOTICE that pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 27(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3) (2007), Class Member, Buddy Cox ("Cox" or "Movant") will and hereby does move the Honorable Judge B. Lynn Winmill, United States District Court, District of Idaho, 550 West Fort Street, Boise, Idaho 83724, for an order consolidating related cases, appointing Cox As Lead Plaintiff in these actions against Hecla Mining Company ("Hecla" or the "Company") and certain of its senior officers, and approving Cox's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel and Capitol Law Group PLLC as Liaison Counsel in this action.

This motion is based on this Notice of Motion and Motion, the Memorandum of Law in Support Thereof, the Declaration of Reed R. Kathrein in Support of this Motion, the pleadings on file in this action, oral argument and such other matters as the Court may consider in hearing this motion.

Cox makes this Motion on the belief that Movant is the most "adequate plaintiff" as defined in the PSLRA because:

1. Cox has the largest known financial interest in the relief sought by the Class. He has incurred substantial losses as a result of his purchase and/or acquisition of shares of Hecla's securities; and

2. Cox satisfies the typicality and adequacy requirements of Federal Rule Civil Procedure 23.

Cox further requests that the Court approve its selection of Hagens Berman as Lead Counsel and Capitol Law Group as Liaison Counsel for the Class. Hagens Berman is a nationally recognized law firm with significant class action, fraud and complex litigation experience, and has the resources to efficiently, effectively and properly pursue this action. Capitol Law Group is a law firm in Boise, Idaho, that regularly appears in this court on both criminal and civil issues, and is familiar with the local rules and procedures related to the same.

For all of the foregoing reasons, Cox respectfully requests that this Court: (1) consolidate these related cases; (2) appoint Cox to serve as Lead Plaintiff in this action; (3) approve Cox's

selection of Lead Counsel and Liaison Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: April 2, 2012         Respectfully submitted,

                            CAPITOL LAW GROUP PLLC

                            By    /s/ Jay J. Kiiha
                                  Jay J. Kiiha, WSBA # 43830, ISB # 6763

                            CAPITOL LAW GROUP PLLC
PO Box 2598
205 N. 10th Street
Boise, Idaho 83702
Telephone: (208) 424-8872
Facsimile: (208) 424-8874
jkiiha@capitollawgroup.com

[Proposed] Liaison Counsel for Movant Buddy Cox

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

[Proposed] Lead Counsel for Movant Buddy Cox

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.



/s/ Jay J. Kiiha
JAY J. KIIHA