Philip Gordon ISBN 1996
Bruce S. Bistline ISBN 1988
GORDON LAW OFFICES
623 West Hays Street
Boise, ID  83702
Telephone: (208) 345-7100
Facsimile: (208) 345-0050
E-mail: pgordon@gordonlawoffice.com

*[Proposed] Liaison Counsel for Lead Plaintiffs*

MOTLEY RICE LLC
James M. Hughes
William S. Norton
David P. Abel
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9440
E-mail: jhughes@motleyrice.com
E-mail: bnorton@motleyrice.com
E-mail: dable@motleyrice.com

*[Proposed] Lead Counsel for Lead Plaintiffs*
*Additional Counsel listed on Signature Page*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HECLA MINING COMPANY, PHILLIP S. BAKER, JR. and JAMES A. SABALA,<br><br>Defendants. | Case No. 1:12-cv-00042-BLW<br><br>CLASS ACTION<br><br>**MOTION OF INSTITUTIONAL INVESTORS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |

(caption continued on following page)

Motion of the Institutional Investors
for Consolidation, Appointment as
Lead Plaintiff, and Approval of
Selection of Counsel

1

| | |
|---|---|
| JOSEPH S. VITA 2001 REVOCABLE TRUST and JOSEPH S. VITA IRA, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>HECLA MINING COMPANY, PHILLIP S. BAKER, JR. and JAMES A. SABALA,<br><br>          Defendants. | Case No. 2:12-cv-00067-EJL<br><br>CLASS ACTION |

      The Institutional Investors, comprising LRI Invest S.A. ("LRI") and City of Atlanta General Employees' Pension Fund ("Atlanta GEPF"), through its undersigned counsel, hereby move this Court for an order: (i) consolidating the above-captioned related cases; (ii) appointing the Institutional Investors as Lead Plaintiff on behalf of purchasers of Hecla Mining Company ("Hecla") common stock during the proposed Class Period, pursuant to § 21D of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a); and (iii) approving the Institutional Investors' selection of Counsel.

      The Motion is made on the grounds that the Institutional Investors believes they are the most adequate lead plaintiff, having suffered total estimated losses of $1,303,554 in connection with transactions in Hecla stock during the proposed Class Period. In addition, the Institutional Investors meet the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of class members' claims and they will fairly and adequately represent the Class.

      The facts and law supporting the Motion are fully set forth in the accompanying Memorandum of Law in Support of the Motion of the Institutional Investors for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

Motion of the Institutional Investors for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

2

Dated: April 2, 2012                    Respectfully submitted,

                                                    By:     */s/ Philip Gordon*
                                                          Philip Gordon ISBN 1996
                                                          Bruce S. Bistline ISBN 1988
                                                           GORDON LAW OFFICES
                                                          623 West Hays Street
                                                          Boise, ID  83702
                                                          Telephone: (208) 345-7100
                                                          Facsimile: (208) 345-0050
                                                          E-mail: pgordon@gordonlawoffice.com

                                                          *[Proposed] Liaison Counsel for Lead Plaintiffs*

                                                          MOTLEY RICE LLC
                                                          James M. Hughes
                                                          William S. Norton
                                                          David P. Abel
                                                          28 Bridgeside Blvd.
                                                          Mt. Pleasant, SC  29464
                                                          Telephone: (843) 216-9000
                                                          Facsimile: (843) 216-9440
                                                          E-mail: jhughes@motleyrice.com
                                                          E-mail: bnorton@motleyrice.com
                                                          E-mail: dable@motleyrice.com

                                                          MOTLEY RICE LLP
                                                          Mark I. Labaton
                                                          Vincent I. Parrett
                                                          1100 Glendon Avenue, 14th Floor
                                                          Los Angeles, CA  90024
                                                          Telephone: (310) 500-3488
                                                          Facsimile: (310) 824-2870
                                                          E-mail: mlabaton@motleyrice.com
                                                          E-mail: vparrett@motleyrice.com

                                                          *[Proposed] Lead Counsel for Lead Plaintiffs*

Motion of the Institutional Investors
for Consolidation, Appointment as
Lead Plaintiff, and Approval of
Selection of Counsel

3