UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN,        )<br>)<br>Plaintiff,        )<br>v.        )<br>)<br>HECLA MINING COMPANY, et al.,        )<br>)<br>Defendants.        )<br>) | Case No. 2:12-CV-42 (BLW)<br><br>**STATUS REPORT** |

Pursuant to the Court's order of March 7, 2012 (Docket #11), the parties—Plaintiff Bricklayers of Western Pennsylvania Pension Plan and Defendants Hecla Mining Company ("Hecla"), Phillips S. Baker, and James A. Sabala—hereby jointly submit the following status report, stating:

1. This case is an alleged securities fraud action brought under §10(b) and §20(a) of the Securities and Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78t(a).  Plaintiff seeks to maintain its complaint as a class action.  *See* Compl. ¶ 1 (Docket #1).

2. A similar putative class action has been filed, and is currently assigned to Judge Lodge, *see Joseph S. Vita 2001 Revocable Trust v. Hecla Mining Co.*, No. 2:12-cv-67 (EJL-REB).  On April 2, 2012, motions to consolidate the two cases were filed.

3. A lead plaintiff has not been appointed in either this case or the *Joseph S. Vita* case.  On April 2, 2012, seven Hecla investors or investor groups moved for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B).

4. Defendants' time to respond to the complaint was stayed by the Court on March 7, 2012.  *See* Docket #11.  The Court further ordered that the parties shall file with the Court within 15 days of the appointment of a lead plaintiff a schedule for the filing of an amended complaint, if any, and the defendants' response to the complaint.  *Id*.

5. Under the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B) and (C), discovery in this action will be stayed during the pendency of a motion to dismiss and the parties must treat documents relevant to the allegations as if they were the subject of a continuing request for production of documents under the Federal Rules of Civil Procedure.

Respectfully submitted,                               Dated: April 6, 2012

 s/ Philip Gordon                                             s/ William F. Boyd
Philip Gordon                                               William F. Boyd, ISB # 1070
Bruce S. Bistline                                           Michael E. Ramsden, ISB # 2368
GORDON LAW OFFICES                                          RAMSDEN & LYONS, LLP **Error! Bookmark not defined.**
623 West Hays Street
Boise, ID 83702                                             700 Northwest Blvd.
Telephone: (208) 345-7100                                   P.O. Box 1336
Facsimile: (208) 345-0050                                   Coeur d'Alene, ID 83816-1336
                                                            Telephone: (208) 664-5818
JOHN K. GRANT                                               Facsimile: (208) 664-5884
ROBBINS GELLER RUDMAN                                       wboyd@ramsdenlyons.com
& DOWD LLP                                                  mramsden@ramsdenlyons.com
Post Montgomery Center
One Montgomery Street, Suite 1800                           Albert P. Barker, ISB # 2867
San Francisco, CA 94104                                     BARKER, ROSHOLT & SIMPSON LLP
Telephone: 415/288-4545                                     1010 W. Jefferson Street, Suite 102
415/288-4534 (fax)                                          P.O. Box 2139
E-mail: johng@rgrdlaw.com                                   Boise, ID 83701-2139
                                                            Telephone: (208) 336-0700
*Counsel for Plaintiff*                                     Facsimile: (208) 344-6034
                                                            apb@idahowaters.com

                                                            Mark Filip
                                                            John F. Hartmann, P.C.
                                                            Joshua Z. Rabinovitz
                                                            KIRKLAND & ELLIS LLP
                                                            300 N. LaSalle Street
                                                            Chicago, IL 60654
                                                            Telephone: (312) 862-2000
                                                            Facsimile: (312) 862-2200
                                                            mark.filip@kirkland.com
                                                            john.hartmann@kirkland.com
                                                            joshua.rabinovitz@kirkland.com
                                                            *Counsel for Defendants*