Albert P. Barker, ISB #2867
BARKER ROSHOLT & SIMPSON LLP
1010 W. Jefferson Street, Suite 102
P. O. Box 2139
Boise, ID 83701-2139
Telephone: (208) 336-0700
Facsimile: (208) 344-6034
apb@idahowaters.com

Mark Filip
John F. Hartmann, P.C.
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
joshua.rabinovitz@kirkland.com

William F. Boyd, ISB #1070
Michael E. Ramsden, ISB #2368
RAMSDEN & LYONS, LLP
700 Northwest Blvd.
P. O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
firm@ramsdenlyons.com

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>HECLA MINING CO., et al.,  )<br>)<br>Defendants.  )<br>) | Case No. 2:12-CV-42-BLW<br><br>**NON-OPPOSITION TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

**COMES NOW** the Defendants, Hecla Mining Company, Phillips S. Baker, Jr., and James A. Sabala, by and through their attorneys of record, and concerning the following Motions for Consolidation, Motions to Appoint Lead Counsel, and Motions to Appoint Lead Plaintiff (Docket Nos. 12, 13, 14, 18, 21, 24, 25), advise the Court that Defendants take no position on the party or counsel who should be approved lead plaintiff or lead counsel.  With respect to consolidation of the two cases, Defendants do not oppose consolidation.

DATED this 11th day of April, 2012.

**BARKER ROSHOLT & SIMPSON LLP**

  /s/ Albert P. Barker
Albert P. Barker
*Attorneys for Defendants Hecla Mining Co.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the parties registered to the Court's CM/ECF system for this Action.

  /s/ Albert P. Barker
Albert P. Barker