Jay J. Kiiha, WSBA # 43830, ISB # 6763
Daniel Nevala, ISB # 6443
CAPITOL LAW GROUP PLLC
PO Box 2598
205 N. 10th Street
Boise, Idaho 83702
Telephone: (208) 424-8872
Facsimile: (208) 424-8874
jkiiha@capitollawgroup.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Additional Counsel Listed on Signature Page*
*Attorneys for Movant*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN, *Individually and On Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>vs.<br><br>HECLA MINING COMPANY, PHILLIPS S. BAKER, JR. and JAMES A. SABALA,<br><br>Defendants. | Civil Action No.: 12-cv-00042-BLW<br>***(Consolidated)***<br><br><u>CLASS ACTION</u><br><br>NOTICE OF WITHDRAWAL OF BUDDY COX'S MOTION TO CONSOLIDATE RELATED CASES, TO APPOINT LEAD PLAINTIFF AND TO APPROVE THE SELECTION OF LEAD AND LIAISON COUNSEL |
| JOSEPH S. VITA 2001 REVOCABLE TRUST and JOSEPH S. VITA, IRA, *Individually and On Behalf of All Other Persons Similarly Situated,*<br><br>vs.<br><br>HECLA MINING COMPANY, PHILLIPS S. BAKER, JR. and JAMES A. SABALA,<br><br>Defendants. | Civil Action No.: 12-cv-00067-EJL |

PLEASE TAKE NOTICE that upon review of the pending motions to appoint lead plaintiff, Class Member, Buddy Cox ("Cox" or "Movant") respectfully withdraws his motion to: (1) consolidate related cases; (2) appoint him as lead plaintiff in the above-referenced actions pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; and (3) approve his selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as lead counsel for the class and Capitol Law Group PLLC ("CLG") as Liaison Counsel for the class. In making this filing, Cox reserves any and all rights as a Class Member. In the event the Court finds that competing movants are unsuitable to serve as lead plaintiff, Cox stands, ready, willing and able to serve.

DATED: April 20, 2012           Respectfully submitted,

CAPITOL LAW GROUP PLLC


By _____/s/ Jay J. Kiiha_____
JAY J. KIIHA, WSBA # 43830, ISB # 6763

Jay J. Kiiha
CAPITOL LAW GROUP PLLC
PO Box 2598
205 N. 10th Street
Boise, Idaho 83702
Telephone: (208) 424-8872
Facsimile: (208) 424-8874
jkiiha@capitollawgroup.com

*[Proposed] Liaison Counsel for Movant Buddy Cox*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

*[Proposed] Lead Counsel for Movant Buddy Cox*

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List.


/s/ Jay J. Kiiha
JAY J. KIIHA