THOMAS G. WALKER (ISB NO. 1856)
COSHO HUMPHREY, LLP
P.O. Box 9518
Boise, Idaho 83707-9518
Direct telephone: (208) 639-5607
Cell phone: (208) 869-1508
Firm Facsimile: (208) 338-3290
twalker@cosholaw.com

MARC I. GROSS
JEREMY A. LIEBERMAN
POMERANTZ HAUDEK GROSSMAN & GROSS, LLP
100 Park Avenue, 26th Floor
New York, NY 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HECLA MINING COMPANY, PHILLIPS S. BAKER, JR., and JAMES A. SABALA,<br><br>Defendants. | **No. 2:12-cv-042-BLW**<br><br>**RESPONSE BY JAMES R. HOLTON AND MICHAEL SCHNEIDER** |
| JOSEPH S. VITA 2001 REVOCABLE TRUST and JOSEPH S. VITA IRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HECLA MINING COMPANY, PHILLIPS S. BAKER, JR., and JAMES A. SABALA,<br><br>Defendants. | **No. 2:12-cv-067-EJL-REB** |

Based on the pending motions for appointment as lead plaintiff, it appears that other movants have larger losses than the losses asserted by James R. Holton ("Holton") and Michael Schneider ("Schneider"). As such, Holton and Schneider are not the presumptive lead plaintiffs under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii). However, should the need arise, Holton and Schneider remain ready, willing and able to assume the duties as lead or co-lead plaintiff and/or as class representatives on behalf of the Class.

Dated:   April 23, 2012
            New York, New York

                                     Respectfully submitted,

                                     **POMERANTZ HAUDEK**
                                       **GROSSMAN & GROSS LLP**

                                     By: /s/ Jeremy A. Lieberman
                                     Marc I. Gross
                                     Jeremy A. Lieberman
                                     100 Park Avenue
                                     New York, New York 10017
                                     Telephone: (212) 661-1100
                                     Facsimile: (212) 661-8665

                                     **COSHO HUMPHREY, LLP**
                                     Thomas G. Walker
                                     800 Park Blvd., Suite 790
                                     P.O. Box 9518
                                     Boise, Idaho 83707-9518
                                     Direct telephone: (208) 639-5607
                                     Cell phone: (208) 869-1508
                                     Firm Facsimile: (208) 338-3290
                                     twalker@cosholaw.com

                                     *Counsel for James R. Holton*
                                     *and Michael Schneider*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2012, I electronically filed the foregoing RESPONSE BY JAMES R. HOLTON AND MICHAEL SCHNEIDER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

Dated: April 23, 2012

/s/ Jeremy A. Lieberman
JEREMY A. LIEBERMAN