Jeffrey A. Thomson – ISB #3380
ELAM & BURKE, P.A.
251 E. Front Street, Suite 300
P.O. Box 1539
Boise, Idaho  83701
(208) 343-5454 (telephone)
(208) 384-5844 (facsimile)
jat@elamburke.com

Kenneth G. Gilman, Esq.
kgilman@gilmanpastor.com
GILMAN LAW LLP
3301 Bonita Beach Road, Suite 307
Bonita Springs, Florida 34134
(239) 221-8301 (telephone)
(239) 676-8224 (facsimile)

*Attorneys for Movant W. Scott Nichols and Proposed Lead Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN,** *Individually, and on Behalf of All Others Similarly Situated*, <br><br> **Plaintiff,** <br><br> v. <br><br> **HECLA MINING COMPANY,** <br><br> **Defendants.** | Case No. 12-cv-00042-BLW <br><br><br> NOTICE OF WITHDRAWAL OF W. SCOTT NICHOLS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL |
| **JOSEPH S. VITA 2001 REVOCABLE TRUST and JOSEPH S. VITA IRA,** *Individually, and on Behalf of All Others Similarly Situated*, <br><br> **Plaintiff,** | |

NOTICE OF WITHDRAWAL OF W. SCOTT NICHOLS' MOTION FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF CO-LEAD COUNSEL -- 1

    v.

**HECLA MINING COMPANY,**

                  **Defendants.**

PLEASE TAKE NOTICE that upon review of the pending motions to appoint lead plaintiff, Class Member, W. Scott Nichols ("Nichols" or "Movant") respectfully withdraws his motion to: (1) consolidate related cases; (2) appoint Movant as Lead Plaintiff in the above-referenced actions pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). 15 U.S.C. § 78u-4; (3) approve his selection of Gilman Law, LLP and Elam & Burke, P.A., as Co-Lead Counsel for the Class, and (4) to grant such other and further relief as the court may deem just and proper. In making this riling, Movant reserves any and all rights as a Class Member.

Dated: April 23, 2012

  /s/ Jeffrey A. Thomson
Jeffrey A. Thomson – ISB #3380
ELAM & BURKE, P.A.
251 E. Front Street, Suite 300
P.O. Box 1539
Boise, Idaho 83701
(208) 343-5454 (telephone)
(208) 384-5844 (facsimile)
jat@elamburke.com

Kenneth G. Gilman, Esq.
kgilman@gilmanpastor.com
**GILMAN LAW LLP**
Beachway Professional Center Tower
3301 Bonita Beach Road, Suite 307
Bonita Springs, Florida 34134
(239) 221-8301 (telephone)
(239) 676-8224 (facsimile)

MOTION OF MOVANT W. SCOTT NICHOLS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL -- 2

*Attorneys for Movant W. Scott Nichols and Proposed Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __23rd__ day of April, 2012April 23, 2012, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the e-mail addresses registered, as denoted on the electronic Mail Notice List.

 /s/ Jeffrey A. Thomson
Jeffrey A. Thomson

MOTION OF MOVANT W. SCOTT NICHOLS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL -- 3