Ramzi Abadou *(Pro Hac Vice)*
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3007
Facsimile: (415) 400-3001

*Counsel for Cambria County Employees'*
*Retirement System, Peter M. Quist and David W. Quist*
[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HECLA MINING COMPANY, PHILLIPS S. BAKER, JR. and JAMES A. SABALA,<br><br>Defendants. | Case No. 12-cv-00042-BLW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER |

WHEREAS, presently before the Court are four active motions for appointment as lead plaintiff and approval of selection of lead and liaison counsel filed pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B) (the "Lead Plaintiff Motions") (Docket Nos. 12, 18, 24 and 25);

WHEREAS, during the April 24, 2012 telephonic status conference, the Court instructed lead plaintiff movants to submit a stipulated schedule for exchange of information and filing of responsive briefs;

WHEREAS, on April 24, 2012, the Court entered the following Order:

> Plaintiffs counsel shall submit a stipulation regarding the following on or before April 27, 2012: (1) Which documents related to appointment of lead counsel they will exchange among themselves; (2) Deadline for exchan[g]ing those documents; (3) Due date for briefs in response to pending motions to appoint lead plaintiff and lead counsel; and (4) Due date for reply briefs in support of motions to appoint lead plaintiff and lead counsel.

(Docket No. 42);

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

(1) Peter M. Quist and David W. Quist shall provide counsel for the parties to this stipulation with supplemental information regarding their Class Period Hecla Mining Company ("Hecla") options transactions on or before May 4, 2012;

(2) LRI Invest S.A. ("LRI") shall provide counsel for the parties to this stipulation with supplemental information related to LRI's Article III standing, including its prospectus, supporting evidence for its right under Luxembourgian law to bring suit, and LRI's structure on or before May 4, 2012;

(3) Carpenters Pension Fund of West Virginia shall provide counsel for the parties to this stipulation with information regarding its total assets on or before May 4, 2012;

(4) Jeffrey A. Farkas and David G. Ray have refused to provide counsel for the parties to this stipulation with information describing Mr. Farkas' trading strategy in Hecla securities on or before May 4, 2012, and are therefore not a party to this stipulation;

(5) By stipulating to items (1) through (4) above, Plaintiffs' counsel do not waive any rights they may have to pursue additional discovery related to Lead Plaintiff Motions;

(6) Briefs in response to the pending Lead Plaintiff Motions shall be filed on or before May 14, 2012; and

(7) Reply briefs shall be filed on or before May 21, 2012.

Dated:  April 27, 2012

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/Ramzi Abadou*
Ramzi Abadou
Eli R. Greenstein
Jennifer L. Joost
Stacey M. Kaplan
Erik D. Peterson
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**BANDUCCI WOODARD
SCHWARTZMAN PLLC**
Benjamin A. Schwartzman (ISB No. 6512)
802 W. Bannock St., Suite 500
Boise, ID 83702

Telephone: (208) 342-4411
Facsimile: (208) 342-4455

*Counsel for Cambria County Employees' Retirement System, Peter M. Quist and David W. Quist*

Dated:   April 27, 2012               **GORDON LAW OFFICES**

*/s/Philip Gordon*
Philip Gordon (ISB No. 1996)
Bruce S. Bistline (ISB No. 1988)
623 West Hays St.
Boise, ID 83702
Telephone: (208) 345-7100
Facsimile: (208) 345-0050


**MOTLEY RICE LLC**
James M. Hughes
William S. Norton
David P. Abel
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

&

Mark I. Labaton
Vincent I. Parrett
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

*Counsel for LRI Invest S.A. and City of Atlanta/General Employees' Pension Fund*

Dated: April 27, 2012

**GORDON LAW OFFICES**

*/s/Philip Gordon*
Philip Gordon (ISB No. 1996)
Bruce S. Bistline (ISB No. 1988)
623 West Hays St.
Boise, ID 83702
Telephone: (208) 345-7100
Facsimile: (208) 345-0050

**ROBBINS GELLER RUDMAN & DOWD LLP**
John K. Grant
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

&

Brian O'Mara
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Counsel for Carpenters Pension Fund of West Virginia*

## ORDER

**IT IS SO ORDERED**, this __ day of April, 2012.

_____
THE HONORABLE B. LYNN WINMILL
Chief United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2012.

*/s/Ramzi Abadou*
Ramzi Abadou

## Mailing Information for a Case 2:12-cv-00042-BLW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case

- **Ramzi Abadou**
  rabadou@ktmc com,knguyen@ktmc com,arobles@ktmc com

- **Albert P Barker**
  apb@idahowaters com,brs@idahowaters com,sle@idahowaters com

- **Bruce S Bistline**
  bbistline@gordonlawoffices com

- **William F Boyd**
  firm@ramsdenlyons com

- **Philip Howard Gordon**
  pgordon@gordonlawoffices com,bbistline@gordonlawoffices com

- **James M Hughes**
  jhughes@motleyrice com,erichards@motleyrice com,kweil@motleyrice com

- **Jay J Kiiha**
  jkiiha@capitollawgroup com,tsawin@capitollawgroup com,cpurchase@capitollawgroup com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw com

- **Vincent I Parrett**
  vparrett@motleyrice com

- **Joshua Z Rabinovitz**
  joshua rabinovitz@kirkland com,sandra gentile@kirkland com

- **Benjamin Andrew Schwartzman**
  bschwartzman@bwslawgroup com,smoss@bwslawgroup com,jholder@bwslawgroup com,jrose@bwslawgroup com,dparker@bwslawgroup com,ksavell@bwslawgroup

- **William Breck Seiniger , Jr**
  wbs@seinigerlaw com,cade@idahorights com

- **Jeffrey A Thomson**
  jat@elamburke com,nlp@elamburke com

- **Thomas G Walker**
  twalker@cosholaw com,pcarson@cosholaw com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing)  You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients

- `(No manual recipients)`