THOMAS G. WALKER (ISB NO. 1856)
COSHO HUMPHREY, LLP
P.O. Box 9518
Boise, Idaho 83707-9518
Direct telephone: (208) 639-5607
Cell phone: (208) 869-1508
Firm Facsimile: (208) 338-3290
twalker@cosholaw.com

MARC I. GROSS
JEREMY A. LIEBERMAN
POMERANTZ HAUDEK GROSSMAN & GROSS, LLP
100 Park Avenue, 26th Floor
New York, NY 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HECLA MINING COMPANY, PHILLIPS S. BAKER, JR., and JAMES A. SABALA, <br><br> Defendants. | **No. 2:12-cv-042-BLW** <br><br> **RESPONSE BY JAMES R. HOLTON AND MICHAEL SCHNEIDER** |
| JOSEPH S. VITA 2001 REVOCABLE TRUST and JOSEPH S. VITA IRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> HECLA MINING COMPANY, PHILLIPS S. BAKER, JR., and JAMES A. SABALA, <br><br> Defendants. | **No. 2:12-cv-067-EJL-REB** |

James R. Holton ("Holton") and Michael P. Schneider ("Schneider") respectfully submit this Memorandum of Law in response to the competing motions for Lead Plaintiff.  After a review of the competing movants' filings, it appears that of Cambria County Employees Retirement System and the Quists' ("Cambria & Quist'") have largest financial interest in this action, and are therefore the presumptive Lead Plaintiff.  *See In re Cavanaugh*, 306 F.3d 726, 730-32 (9th Cir. 2002).  In addition, like Holton and Schneider, Cambria & Quist suffered losses from their investments in both Hecla Mining Co. ("Hecla") options and common stock.  None of the other remaining lead plaintiff applicants invested in Hecla options.  Since the putative class here includes both options and common stock purchasers (*i.e.*, all Hecla "securities"), Cambria & Quist are best positioned to protect the interests of all class members.  *See Joseph S. Vita 2001 Revocable Trust, et al v. Hecla Mining Co.*, Case 2:12-cv-00067-BLW (D. Id. Feb. 14 2012) at ¶1 ("This is a federal securities class action on behalf of a class of all persons who purchased Hecla **securities** …").

Moreover, any effort to challenge the standing or adequacy of options purchasers to serve as lead plaintiff would be contrary to the class' interests.  *See Goldstein v. Puda Coal, Inc.*, 2011 U.S. Dist. LEXIS 140359, at *17-*19 (S.D.N.Y. 2011) (appointing options trader as lead plaintiff); *Hall v. Medicis Pharm. Corp.*, 2009 U.S. Dist. LEXIS 24093, at *12-*15 (D. Ariz. 2009) (same).  Finally, we have reviewed Cambria & Quists' transactional data, and the manner in which they calculated their options losses is consistent with how we calculated our losses here, and in which other courts have adopted options losses in the lead plaintiff context.  *See* Docket Nos. 23-3 and 43-4;  *see also In re Force Protection, Inc. Sec. Litig.*, Case No. 2:08-cv-845, Motion of the Chicago Laborers Group for (1) Appointment as Lead Plaintiff and (2) Approval of Their Selection of Counsel, May 9, 2008, Docket No. 9 (D.S.C.).

As such, it appears Cambria & Quist are the presumptive lead plaintiffs under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii). Nevertheless, should the need arise, Holton and Schneider remain ready, willing and able to assume the duties as lead or co-lead plaintiff and/or as class representatives on behalf of the Class.

Dated:   May 14, 2012
           New York, New York

                              Respectfully submitted,

                              **POMERANTZ HAUDEK**
                               **GROSSMAN & GROSS LLP**

                              By: <u>/s/ Jeremy A. Lieberman</u>
                              Marc I. Gross
                              Jeremy A. Lieberman
                              100 Park Avenue
                              New York, New York 10017
                              Telephone: (212) 661-1100
                              Facsimile: (212) 661-8665

                              **COSHO HUMPHREY, LLP**
                              Thomas G. Walker
                              800 Park Blvd., Suite 790
                              P.O. Box 9518
                              Boise, Idaho 83707-9518
                              Direct telephone: (208) 639-5607
                              Cell phone: (208) 869-1508
                              Firm Facsimile: (208) 338-3290
                              twalker@cosholaw.com

                              *Counsel for James R. Holton*
                              *and Michael Schneider*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 14, 2012, I electronically filed the foregoing RESPONSE BY JAMES R. HOLTON AND MICHAEL SCHNEIDER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

Dated: May 14, 2012

/s/ Jeremy A. Lieberman
JEREMY A. LIEBERMAN