Philip Gordon ISBN 1996
Bruce S. Bistline ISBN 1988
GORDON LAW OFFICES
623 West Hays Street
Boise, ID 83072
Telephone: (208) 345-7100
Facsimile: (208) 345-0050
E-mail: pgordon@gordonlawoffice.com

*[Proposed] Liaison Counsel for [Proposed] Lead Plaintiffs*

MOTLEY RICE LLC
James M. Hughes (*pro hac vice*)
Ann K. Ritter (*pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9440
E-mail: jhughes@motleyrice.com
E-mail: aritter@motleyrice.com

*[Proposed] Lead Counsel for [Proposed] Lead Plaintiffs*

*Additional Counsel listed in Signature Page*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HECLA MINING COMPANY, PHILLIP S. BAKER, JR. and JAMES A. SABALA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:12-cv-00042-BLW<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JAMES M. HUGHES IN SUPPORT OF THE MOTION OF INSTITUTIONAL INVESTORS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS** |

DECL. OF JAMES M. HUGHES IN SUPPORT OF MOT. OF INSTITUTIONAL INVESTORS FOR CONSOLIDATION, APPOINTMENT AS LEAD PL., & APPROVAL OF SELECTION OF COUNSEL, & IN OPP'N TO COMPETING MOTS.

1

|  |  |
|---|---|
| JOSEPH S. VITA 2001 REVOCABLE TRUST and JOSEPH S. VITA IRA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>HECLA MINING COMPANY, PHILLIP S. BAKER, JR. and JAMES A. SABALA,<br><br>                Defendants. | Case No. 2:12-cv-00067-BLW<br><br>CLASS ACTION |

I, James M. Hughes, declare as follows:

1. I am a Member of the law firm of Motley Rice LLC, counsel for proposed lead plaintiffs LRI Invest S.A. and City of Atlanta General Employees' Pension Fund (collectively, the "Institutional Investors"). I submit this declaration in support of their motion to be appointed lead plaintiff and for approval of their selection of lead and liaison counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Peter J. Butler in Support of the Institutional Investors' Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

3. Attached hereto as Exhibit B is a true and correct copy of David Tabak, Svetlana Starykh & Marc Sholand, *A Proposed Methodology to Measure Damages for Option Traders Alleging Securities Fraud*, 5 Litig. Econ. Rev. 9 (2002).

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Claude Kremer in Support of the Motion of Institutional Investors Appointment as Lead Plaintiff.

DECL. OF JAMES M. HUGHES IN SUPPORT OF MOT. OF INSTITUTIONAL INVESTORS FOR CONSOLIDATION, APPOINTMENT AS LEAD PL., & APPROVAL OF SELECTION OF COUNSEL, & IN OPP'N TO COMPETING MOTS.

2

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed this 14th day of May, 2012, at Mt. Pleasant, South Carolina.

Respectfully submitted,

*/s/ James M. Hughes*

James M. Hughes (*pro hac vice*)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9440
E-mail: jhughes@motleyrice.com

Decl. of James M. Hughes in Support of Mot. of Institutional Investors For Consolidation, Appointment As Lead Pl., & Approval of Selection of Counsel, & in Opp'n to Competing Mots.

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered to the Court's CM/ECF system for this action.

I also hereby certify that I caused to be mailed the foregoing document via U.S. Mail to the following non-CM/ECF participants:

>Brian O'Mara
>Robbins Geller Rudman & Dowd,LLP
>655 West Broadway, Suite 1900
>San Diego, CA  92101

>_/s/ Philip Gordon_
>Philip Gordon

DECL. OF JAMES M. HUGHES IN SUPPORT OF MOT. OF INSTITUTIONAL INVESTORS FOR CONSOLIDATION, APPOINTMENT AS LEAD PL., & APPROVAL OF SELECTION OF COUNSEL, & IN OPP'N TO COMPETING MOTS.

4