# LITIGATION PLAN
### (Revised Effective 11/17/03)

DATE OF CASE MANAGEMENT CONFERENCE: 1 month following Court's Order

CASE NO: 12-42-BLW           NATURE OF SUIT: Securities Fraud

CASE NAME: Bricklayers of Western Pennsylvania Pension Plan v. Hecla Mining Co

PARTY SUBMITTING PLAN:
[✓] Plan **has been** stipulated to by all parties.
[ ] Plan **has not been** stipulated to, but is submitted by:

ATTORNEY: Albert P. Barker

REPRESENTING: Defendants

1.  **CASE MANAGEMENT TRACK:** Indicate the track that best fits your case. Designation of a track is not binding but will assist the Court in assessing its workload and selecting a trial date and discovery schedule that meets counsel's needs.

    [ ] **Expedited Track** - Cases on this track will typically be set for trial approximately 9 to 12 months following the case management conference; take 4 days or less to try; and involve limited discovery.

    [ ] **Standard Track** - Cases on this track will typically be set for trial approximately 12 to 15 months following the case management conference; and take about 5-10 days to try.

    [✓] **Complex Track** - Cases on this track will typically be set for trial approximately 15 to 24 months following the case management conference; take 10 days or more to try; involve extensive discovery with staggered discovery schedules; and have extensive expert testimony.

    [ ] **Legal Track** - Cases that involve legal issues likely to be resolved by motion rather than trial. A motion hearing will be set at the case management conference.

2.  **DISPOSITIVE MOTIONS FILING CUT-OFF DATE:** 13 months after the Case M
    a.  This is the critical event for case management and will dictate when the trial will be set. Unless the case is resolved through dispositive motions, the case will be tried approximately 6 months following this date. Therefore, it is strongly recommended that this cut-off date be set within 3-6 months following the case management conference for an expedited track case, within 6-12 months for a standard track case, and within 9-18 months for a complex track case.

3. **JOINDER OF PARTIES & AMENDMENT OF PLEADINGS CUT-OFF DATE:**
   3 months after the Case Management Conference
   (Not more than 3 months following the Case Management Conference).

4. **ADR PLAN TO BE FILED WITH ADR COORDINATOR BY:** 3 months after the Case Management
   (90 days after the Case Management Conference).
   a. The ADR Plan must indicate the form of ADR which will be utilized and the timeframe within which it will be completed. Regardless of whether the parties choose mediation, a judicially-supervised settlement conference, or some other form of ADR, the Court strongly encourages the attorneys to schedule ADR early in the proceedings and in advance of the filing of dispositive motions so as to reduce the cost of litigation for their clients. In addition, the trial will be set very soon after the resolution of dispositive motions so that there will be little time to engage in meaningful ADR after that date.

5. **DISCOVERY PLAN PROPOSED. Fed. R. Civ. P. 26(f):**
   (a) initial disclosures due 1 month after the Case Management Conference; (b)(i) fact discovery to close 8 months after the CMC; (b)(ii) expert discovery to close 12 months after the CMC; (c) ESI production to be decided by the parties' IT and attorneys; (d) the parties will draft and stipulate to a protective order.

6. **DISCOVERY CUT-OFF DATE:** See 5(b)(ii)
   (15-30 days prior to the dispositive motion cutoff).
   a. Counsel may, however, stipulate that after dispositive motions have been decided the parties will engage in additional discovery focused on trial preparation. This may include discovery relating to damage claims and other issues not typically resolved by dispositive motions.

7. **EXPERT TESTIMONY DISCLOSURES: Local Rule 26.2(b)**
   a. Plaintiff identify and disclose expert witnesses by: 10 months after the Case
      (60 days prior to the discovery cut-off).
   b. Defendant identify and disclose experts by: 11 months after the Case Ma
      (30 days after Plaintiff's disclosure.)
   c. Disclosure of rebuttal experts by: 11-1/2 months after the Case Manage
      (2 weeks after Defendant's disclosure.)

8. **TRIAL DATE:** The date of the trial and the pretrial conference will be scheduled at a trial scheduling conference following the resolution of dispositive motions and the conclusion of court-supervised ADR.

9. **ESTIMATED LENGTH OF TRIAL:** -
   Jury demanded? Yes     Jury demanded by which party? All parties