UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN,<br><br>        Plaintiff,<br><br>  v.<br><br>HECLA MINING COMPANY, *et. al.*,<br><br>        Defendants. | Case No. 2:12-cv-00042-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered on September 26, 2013,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of defendants, and that this case be dismissed in its entirety with prejudice.

DATED: November 5, 2013

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1